I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-4-13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ANTHONY COWIE, | ) Case No. CV 13-0791-JFW (JPR) |
| Petitioner, | ) |
| vs. | ) J U D G M E N T |
| M.D. BITER, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 4, 2013

_____
JOHN F. WALTER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY